**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\* SEPTEMBER 12, 2025 \*
BROOKLYN OFFICE**

ALK:SP
F. #2023R00062

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DONALDSON, also known as "Jay,"
MARCUS DYCE, also known as "John John,"
JUANITA FIGUEROA,
COTY HARLEY, also known as "Boatee,"
RONALD JACKSON, also known as "Stuben,"
LONNEY WALKER, also known as
    "Hollywood," and
NICHOLAS WILLACY, also known as "Light,"

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____ **25-CR-278** _____

(T. 18, U.S.C., §§ 371, 922(a)(1)(A),
922(d)(10), 922(g)(1), 924(a)(1)(D),
924(a)(8), 924(d)(1), 2 and 3551 et seq.;
T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(C), 846, 853(a) and 853(p);
T. 28, U.S.C., § 2461(c))

**Judge Brian M. Cogan
Magistrate Judge Clay H. Kaminsky**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Firearms Trafficking Conspiracy)

    1.    In or about and between July 2022 and May 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARCUS DYCE, also known as "John John," and LONNEY WALKER, also known as "Hollywood," together with others, did knowingly and willfully conspire to engage in the business of dealing in firearms without being licensed importers, licensed manufacturers or licensed dealers, and in the course of such business, to ship, transport and receive one or more firearms in interstate and foreign commerce, contrary to Title 18, United States Code, Section 922(a)(1)(A) and 924(a)(1)(D).

2. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants MARCUS DYCE and LONNEY WALKER, together with others, committed and caused to be committed, among others, the following:

## OVERT ACTS

(a) On or about July 23, 2022, DYCE sent a text message containing a photograph of a firearm for sale to a prospective buyer whose identity is known to the Grand Jury ("the Buyer").

(b) On or about August 18, 2022, DYCE sold a firearm to the Buyer.

(c) On or about January 28, 2023, WALKER sent a text message containing a photograph of a firearm for sale to the Buyer.

(d) On or about February 6, 2023, WALKER sold five firearms to the Buyer.

(e) On or about May 15, 2025, DYCE, WALKER and the Buyer engaged in a telephone conversation.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT TWO
(Sale of Firearm to Prohibited Person)

3. On or about August 18, 2022, within the Eastern District of New York and elsewhere, the defendant MARCUS DYCE, also known as "John John," together with others, did knowingly and intentionally sell and otherwise dispose of a firearm to a person knowing and having reasonable cause to believe that such person intended to sell or otherwise dispose of the firearm in furtherance of a felony, as defined in Title 18, United States Code, Section 932(a).

(Title 18, United States Code, Sections 922(d)(10), 924(a)(8), 2 and 3551 et seq.)

## COUNT THREE
(Firearms Trafficking)

4.　　In or about and between October 2022 and December 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," together with others, not being a licensed importer, licensed manufacturer or licensed dealer of firearms, did knowingly and willfully engage in the business of dealing in firearms, and in the course of such business, did ship, transport and receive one or more firearms in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

## COUNT FOUR
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)

5.　　In or about and between October 2022 and December 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of cocaine base involved in the conspiracy attributable to the defendant as a result of his own conduct, and the

conduct of other conspirators reasonably foreseeable to him, was 28 grams or more of a substance containing cocaine base.

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FIVE
(Distribution and Possession with Intent to Distribute Cocaine Base)

6. On or about October 6, 2022, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SIX
(Distribution and Possession with Intent to Distribute Cocaine Base)

7. On or about October 18, 2022, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SEVEN
(Felon in Possession of Firearms)

8. On or about October 18, 2022, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce two firearms, to wit: (a) a Taurus The Judge .45/.410 caliber revolver bearing serial number DT244216; and (b) a Mossberg Novelty .22 caliber pistol bearing serial number EUK4556063.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## COUNT EIGHT
(Firearms Trafficking)

9. In or about and between November 2022 and August 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARCUS DYCE, also known as "John John," and LONNEY WALKER, also known as "Hollywood," together with others, not being licensed importers, licensed manufacturers or licensed dealers of firearms, did knowingly and willfully engage in the business of dealing in firearms, and in the course of such business, did ship, transport and receive one or more firearms in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

## COUNT NINE
(Distribution and Possession with Intent to Distribute Cocaine Base)

10. On or about December 29, 2022, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled

substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TEN
(Felon in Possession of a Firearm)

11. On or about December 29, 2022, within the Eastern District of New York and elsewhere, the defendant COTY HARLEY, also known as "Boatee," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus G2C 9 mm caliber pistol bearing serial number THZ93346.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## COUNT ELEVEN
(Felon in Possession of Firearms)

12. On or about January 23, 2023, within the Southern District of New York and elsewhere, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce four firearms, to wit: (a) a Cobra Enterprises Incorporated/Kodiak Industries FS380 .380 caliber pistol bearing serial number FS102421; (b) a Smith & Wesson M&P 9 9mm caliber pistol bearing serial number JDW1970; (c) a Smith &

Wesson M7P 40 .40 caliber pistol bearing serial number HTB7338; and (d) a Smith & Wesson SD9VE 9mm caliber pistol bearing serial number HFS6477.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## COUNT TWELVE
(Felon in Possession of Firearms)

13. On or about February 6, 2023, within the Southern District of New York and elsewhere, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce five firearms, to wit: (a) a Beretta APX 9mm caliber pistol bearing serial number AXC032495; (b) a Del-Ton DTI-15 5.56 caliber rifle bearing serial number DTI-S259329; (c) a Taurus The Judge .45/.410 caliber revolver bearing serial number ADJ678527; (d) a Taurus PT140 Pro .40 caliber pistol bearing serial number SBU27035; and (e) a Taurus .40 caliber pistol bearing serial number SFP7100.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## COUNT THIRTEEN
(Firearms Trafficking Conspiracy)

14. In or about and between May 2025 and June 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JOHN DONALDSON, also known as "Jay," and LONNEY WALKER, also known as "Hollywood," together with others, did knowingly and willfully conspire to engage in the business of dealing in firearms without being licensed importers, licensed manufacturers or licensed dealers, and in the course of such business, to ship, transport and receive one or more

firearms in interstate and foreign commerce, contrary to Title 18, United States Code, Section 922(a)(1)(A).

15. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants JOHN DONALDSON and LONNEY WALKER, together with others, committed and caused to be committed, among others, the following:

### OVERT ACTS

(a) On or about May 15, 2025, WALKER provided DONALDSON's phone number to the Buyer in a text message.

(b) On or about May 16, 2025, DONALDSON and the Buyer engaged in a telephone conversation.

(c) On or about May 19, 2025, DONALDSON sold a firearm to the Buyer.

(d) On or about May 28, 2025, WALKER and the Buyer engaged in a text message conversation.

(e) On or about May 28, 2025, WALKER and DONALDSON sold seven firearms to the Buyer.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

### COUNT FOURTEEN
(Firearms Trafficking)

16. In or about and between May 2025 and June 2025, both dates being approximate and inclusive, within the Southern District of New York and elsewhere, the defendants JOHN DONALDSON, also known as "Jay," and LONNEY WALKER, also known as "Hollywood," not being licensed importers, licensed manufacturers or licensed dealers of

firearms, did knowingly and willfully engage in the business of dealing in firearms, and in the course of such business, did ship, transport and receive one or more firearms in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

## COUNT FIFTEEN
(Felon in Possession of Firearms)

17.     On or about May 28, 2025, within the Southern District of New York and elsewhere, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce seven firearms, to wit: (a) a Glock .380 caliber pistol bearing serial number ABHZ136; (b) a Smith & Wesson 9mm pistol bearing serial number DUT7971; (c) a HS Produkt XD40 .40 caliber pistol bearing serial number XD361724; (d) a Del-Ton .224 caliber rifle bearing serial number DTI-S189361; (e) a Palmetto State Armory .224 caliber rifle bearing serial number SCD021537; (f) an ISSC Raptor .22 caliber pistol bearing serial number BLA001640; and (g) an Imbel .45 caliber pistol bearing serial number N464865.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## COUNT SIXTEEN
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)

18.     In or about and between June 2025 and July 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JUANITA FIGUEROA, COTY HARLEY, also known as "Boatee," and RONALD JACKSON, also known as "Stuben," together with others, did knowingly and intentionally

conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT SEVENTEEN
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)

19. In or about and between June 2025 and August 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JUANITA FIGUEROA, COTY HARLEY, also known as "Boatee," and NICHOLAS WILLACY, also known as "Light," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT EIGHTEEN
(Distribution and Possession with Intent to Distribute Cocaine Base)

20. On or about June 18, 2025, within the Eastern District of New York and elsewhere, the defendants JUANITA FIGUEROA, COTY HARLEY, also known as "Boatee," and RONALD JACKSON, also known as "Stuben," together with others, did knowingly and

intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT NINETEEN
(Distribution and Possession with Intent to Distribute Cocaine Base)

21. On or about July 8, 2025, within the Eastern District of New York and elsewhere, the defendants JUANITA FIGUEROA, COTY HARLEY, also known as "Boatee," and RONALD JACKSON, also known as "Stuben," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT TWENTY
(Felon in Possession of Firearms)

22. On or about July 8, 2025, within the District of New Jersey, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce six firearms, to wit: (a) a Canik55 9mm caliber pistol bearing serial number 21BC33743; (b) a Smith & Wesson M&P9 Shield 9mm caliber pistol bearing serial number HDM7027; (c) a Palmetto State Armory 9mm caliber pistol bearing serial number JD914273; (d) a Tokarev Savunma Silah Sanayi TBP 12 12 caliber shotgun bearing serial number 52-H23YB-000573;

(e) a Keltec P11 9mm caliber pistol bearing serial number 37507; and (f) a Taurus G2C 9mm caliber pistol bearing serial number ACM712234.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

### COUNT TWENTY-ONE
(Felon in Possession of Firearms)

23. On or about July 30, 2025, within the District of New Jersey and elsewhere, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce four firearms, to wit: (a) a Keltec 12 caliber shotgun bearing serial number 24Q1W28; (b) a Beretta 96 .40 caliber pistol bearing serial number BER208896; (c) a Hipoint CF .380 caliber pistol bearing serial number P8099171; and (d) an E3 Arms Omega-15 .224 caliber rifle bearing serial number EV03485.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

### COUNT TWENTY-TWO
(Distribution and Possession with Intent to Distribute Cocaine Base)

24. On or about August 7, 2025, within the Eastern District of New York and elsewhere, the defendant NICHOLAS WILLACY, also known as "Light," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

<u>COUNTY TWENTY-THREE</u>
(Felon in Possession of Firearms)

25. On or about August 25, 2025, within the District of New Jersey, the defendant LONNEY WALKER, also known as "Hollywood," knowing that he had previously been convicted in court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce five firearms, to wit: (a) Palmetto Armory .233 caliber rifle bearing serial number SCD902486; (b) a Pioneer Arms Co. 12G caliber shotgun bearing serial number PAC1119940; (c) a Jimenez Arms J.A. Nine 9mm caliber pistol bearing serial number 345434; (d) a Hungary G.K.K. 45 caliber pistol bearing serial number AA00997; and (e) a Taurus G2C 9mm caliber pistol bearing serial number TLW94449.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 <u>et seq.</u>)

<u>CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE, TWO, THREE, SEVEN, EIGHT, TEN THROUGH FIFTEEN,
TWENTY, TWENTY-ONE AND TWENTY-THREE</u>

26. The United States hereby gives notice to the defendants charged in Counts One, Two, Three, Seven, Eight, Ten through Fifteen, Twenty, Twenty-One and Twenty-Three that, upon their conviction of such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to:

    (a)    one Sig Sauer (Sig-Arms) P365 9mm pistol, serial number 66B63968, seized by law enforcement on or about August 18, 2022, in Staten Island, New York;

(b) one Taurus Judge .45/.410 caliber revolver bearing serial number DT244216, seized by law enforcement on or about October 18, 2022, in Staten Island, New York;

(c) one Mossberg Novelty .22 caliber pistol bearing serial number EUK4556063, seized by law enforcement on or about October 18, 2022, in Staten Island, New York;

(d) one Taurus PT740 .40 caliber pistol bearing serial number SDT97318, seized by law enforcement on or about November 29, 2022, in Staten Island, New York;

(e) one Taurus G2C 9mm caliber pistol bearing serial number THZ93346, seized by law enforcement on or about December 29, 2022, in Staten Island, New York;

(f) one Cobra Enterprises Incorporated/Kodiak Industries FS380 .380 caliber pistol bearing serial number FS102421, seized by law enforcement on or about January 23, 2023, in Bronx, New York;

(g) one Smith & Wesson M&P 9mm caliber pistol bearing serial number JDW1970, seized by law enforcement on or about January 23, 2023, in Bronx, New York;

(h) one Smith & Wesson M&P .40 caliber pistol bearing serial number HTB7338, seized by law enforcement on or about January 23, 2023, in Bronx, New York;

(i) one Smith & Wesson SD9VE 9mm caliber pistol bearing serial number HFS6477, seized by law enforcement on or about January 23, 2023, in Bronx, New York;

(j) one Beretta APX 9mm caliber pistol bearing serial number AXC032495, seized by law enforcement on or about February 6, 2023, in Bronx, New York;

(k) one Del-Ton DTI-15 5.56 caliber rifle bearing serial number DTI-S259329, seized by law enforcement on or about February 6, 2023, in Bronx, New York;

(l) one Taurus Judge .45/.410 caliber revolver bearing serial number ADJ678527, seized by law enforcement on or about February 6, 2023, in Bronx, New York;

(m) one Taurus PT140 Pro .40 caliber pistol bearing serial number SBU27035, seized by law enforcement on or about February 6, 2023, in Bronx, New York;

(n) one Taurus .40 caliber pistol bearing serial number SFP7100, seized by law enforcement on or about February 6, 2023, in Bronx, New York;

(o) one CBC Companhia Brasileira de Alumínio 715P .22 caliber, seized by law enforcement on or about May 19, 2025, in Bronx, NY

(p) one Glock .380 caliber pistol bearing serial number ABHZ136, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(q) one Smith & Wesson 9mm pistol bearing serial number DUT7971, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(r) one HS Produkt XD40 .40 caliber pistol bearing serial number XD361724, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(s) one Del-Ton .224 caliber rifle bearing serial number DTI-S189361, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(t) one Palmetto State Armory .224 caliber rifle bearing serial number SCD021537, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(u) one ISSC Raptor .22 caliber pistol bearing serial number BLA001640, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(v) one Imbel .45 caliber pistol bearing serial number N464865, seized by law enforcement on or about May 28, 2025, in Bronx, New York;

(w) one Canik55 9mm caliber pistol bearing serial number 21BC33743, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(x) one Smith & Wesson M&P9 Shield 9mm caliber pistol bearing serial number HDM7027, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(y) one Palmetto State Armory 9mm caliber pistol bearing serial number JD914273, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(z)  one Tokarev Savunma Silah Sanayi TBP 12 caliber shotgun bearing serial number 52-H23YB-000573, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(aa) one Keltec P11 9mm caliber pistol bearing serial number 37507, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(bb) one Taurus G2C 9mm caliber pistol bearing serial number ACM712234, seized by law enforcement on or about July 8, 2025, in Bayonne, New Jersey;

(cc) one Keltec 12 caliber shotgun bearing serial number 24Q1W28, seized by law enforcement on or about July 30, 2025, in Bayonne, New Jersey;

(dd) one Beretta 96 .40 caliber pistol bearing serial number BER208896, seized by law enforcement on or about July 30, 2025, in Bayonne, New Jersey;

(ee) one Hipoint CF .380 caliber pistol bearing serial number P8099171, seized by law enforcement on or about July 30, 2025, in Bayonne, New Jersey;

(ff) one E3 Arms Omega-15 .224 caliber rifle bearing serial number EV03485, seized by law enforcement on or about July 30, 2025, in Bayonne, New Jersey;

(gg) one Palmetto Armory .233 caliber rifle bearing serial number SCD902486, seized by law enforcement on or about August 25, 2025, in Bayonne, New Jersey;

(hh) one Pioneer Arms Co. 12G caliber shotgun bearing serial number PAC1119940, seized by law enforcement on or about August 25, 2025, in Bayonne, New Jersey;

(ii) one Jimenez Arms J.A. Nine 9mm caliber pistol bearing serial number 345434, seized by law enforcement on or about August 25, 2025, in Bayonne, New Jersey;

(jj) one Hungary G.K.K. 45 caliber pistol bearing serial number AA00997, seized by law enforcement on or about August 25, 2025, in Bayonne, New Jersey; and

(kk) one Taurus G2C 9mm caliber pistol bearing serial number TLW94449, seized by law enforcement on or about August 25, 2025, in Bayonne, New Jersey.

Case 1:25-cr-00278-BMC   Document 1   Filed 09/12/25   Page 17 of 18 PageID #: 17

17

27. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS FOUR, FIVE, SIX, NINE, SIXTEEN THROUGH NINETEEN
<u>AND TWENTY-TWO</u>

28. The United States hereby gives notice to the defendants charged in Counts Four, Five, Six, Nine, Sixteen through Nineteen and Twenty-Two that, upon their conviction of such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

29. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
s/
FOREPERSON

_____
By Carolyn Pokorny, Assistant U.S. Attorney
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK